1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   NAKRY HOK

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,     )  No. 2:11-CR-219 GGH
                                 )
14              Plaintiff,       )  **STIPULATION AND ORDER**
                                 )  **CONTINUING STATUS CONFERENCE**
15       v.                      )  **AND EXCLUDING TIME**
                                 )
16 NAKRY HOK,                    )
                                 )  Date:  November 7, 2011
17              Defendant.       )  Time:  9:00 a.m.
                                 )  Judge: Gregory G. Hollows
18 _____)

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, NAKRY HOK, through their respective attorneys,
22 that the status conference presently scheduled for November 7, 2011, may
23 be continued to December 5, 2011, at 9:00 a.m.
24       Defense counsel recently returned from an extended medical leave.
25 The parties intend to meet during the next two weeks so that the defense
26 can air the results of its investigation and propose a resolution.
27       For these reasons, the parties agree that the ends of justice to be
28 served by the granting of a continuance outweigh the best interests of

the public and the defendant in a speedy trial.  They ask that time under the Speedy Trial Act be excluded through December 5, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   November 1, 2011               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for NAKRY HOK


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:   November 1, 2011               /s/ T. Zindel for D. Stevens
                                        DAVID STEVENS
                                        Assistant U.S. Attorney


# **O R D E R**

The status conference is continued to December 5, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 5, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.


Dated: November 3, 2011

                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE


Stip & Order                          -2-