DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
NAKRY HOK


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-CR-219 GGH |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| NAKRY HOK, ) | |
| ) | Date:  December 5, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Gregory G. Hollows |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, NAKRY HOK, through their respective attorneys, that the status conference presently scheduled for December 5, 2011, may be continued to January 23, 2012, at 9:00 a.m.

    Counsel for defendant intends to meet next week with the newly-assigned prosecutor to propose a resolution, but he will need time to digest everything given to him.

    For these reasons, the parties agree that the ends of justice to be served by the granting of a continuance outweigh the best interests of

the public and the defendant in a speedy trial.  They ask that time under the Speedy Trial Act be excluded through January 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  November 30, 2011       /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for NAKRY HOK

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  November 30, 2011       /s/ T. Zindel for D. Stevens
                                        DAVID STEVENS
                                        Assistant U.S. Attorney

## **O R D E R**

    The status conference is continued to January 23, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through January 23, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: December 1, 2011

                                          /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

Stip & Order                             -2-