```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    NAKRY HOK
 7

 8
```

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| 13 | UNITED STATES OF AMERICA, | ) | No. 2:11-CR-219 GGH |
|---|---|---|---|
| 14 | Plaintiff, | ) | **STIPULATION AND ORDER** |
|  |  | ) | **CONTINUING STATUS CONFERENCE** |
| 15 | v. | ) | **AND EXCLUDING TIME** |
|  |  | ) |  |
| 16 | NAKRY HOK, | ) |  |
|  |  | ) | Date: February 27, 2012 |
| 17 | Defendant. | ) | Time: 9:00 a.m. |
|  |  | ) | Judge: Gregory G. Hollows |
| 18 | _____ | ) |  |

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Nakry Hok, through their respective attorneys,
22  that the status conference presently scheduled for February 27, 2012, may
23  be continued to March 26, 2012, at 9:00 a.m.
24      Counsel for the parties are considering two alternative resolutions.
25  Defense counsel will meet next week with Ms. Hok and the interpreter to
26  obtain additional information relative to the proposed resolution.  So
27  that remaining tasks may be completed, the parties agree that the ends of
28  justice to be served by the granting of a continuance outweigh the best

interests of the public and the defendant in a speedy trial. They ask that time under the Speedy Trial Act be excluded through March 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: February 23, 2012       /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for NAKRY HOK

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: February 23, 2012       /s/ T. Zindel for J. Lee
                                      JUSTIN LEE
                                      Assistant U.S. Attorney

## O R D E R

The status conference is continued to <u>April 9, 2012</u>, at 2:00 p.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through <u>April 9, 2012</u>, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 23, 2012

                                   /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE