```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JUSTIN L. LEE
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:11-CR-00219-GGH
                                 )
12         Plaintiff,             )   ORDER DISMISSING MATTER
                                 )   WITHOUT PREJUDICE
13      v.                        )
                                 )
14  NAKRY HOK,                    )
                                 )
15         Defendant.             )
    _____)
16
17       Upon consideration of the Stipulation to Dismiss Matter
18  Without Prejudice, it is hereby ORDERED that the above captioned
19  matter is DISMISSED WITHOUT PREJUDICE.
20       IT IS SO ORDERED.
21
22  Dated: July 9, 2012
23                            /s/ Gregory G. Hollows
                         UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
```